UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In the Matter of JOHN J. NAPOLITANO,
an Attorney and Counselor-at-Law.

Respondent.

-------------------------------------------------X

MC-01-0116 (ERK)

ORDER

The respondent having applied to this Court for reinstatement,

it is hereby

ORDERED that said respondent's application is granted and the respondent be and hereby is reinstated to practice as an attorney and counselor-at-law in this Court and that respondent's name be restored to the Roll of Attorneys of this Court.

The Clerk is directed to mail a copy of this order and close the within action.

s/Edward R. Korman
Edward R. Korman, Chief Judge
and Chairman of the Committee on
Grievances, E.D.N.Y.

Dated: Brooklyn, New York
May 2, 2005

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M16919
K/nal

A. GAIL PRUDENTI, P.J.
DAVID S. RITTER
ANITA R. FLORIO
NANCY E. SMITH
REINALDO E. RIVERA, JJ.

---

2000-00002

In the Matter of John J. Napolitano,
a suspended attorney.

DECISION & ORDER ON MOTION
FOR REINSTATEMENT

---

Motion by the respondent for reinstatement as an attorney and counselor-at-law. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on December 17, 1958. By opinion and order of this court dated July 28, 1997, in a prior unrelated proceeding, the respondent was suspended from the practice of law for a period of one year (see *Matter of Napolitano*, 232 AD2d 51). By decision and order of this court dated March 25, 1999, the respondent's first application for reinstatement was withdrawn. His second application for reinstatement was denied by decision and order of this court dated May 16, 2000, because the second disciplinary proceeding against him was not yet concluded. By opinion and order of this court dated May 7, 2001, the respondent was suspended from the practice of law for an additional period of three years. By decision and order of this court dated February 26, 2004, the instant application for reinstatement was held in abeyance and the matter referred to the Committee on Character and Fitness to investigate and report on his current fitness to be an attorney.

Upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is

ORDERED that the motion is granted; and it is further,

ORDERED that, effective immediately, the respondent is reinstated as an attorney and counselor-at-law and the Clerk of the court is directed to restore the name of John J. Napolitano to the roll of attorneys and counselors-at-law.

PRUDENTI, P.J., RITTER, FLORIO, SMITH and RIVERA, JJ., concur.

ENTER:

James Edward Pelzer
Clerk of the Court

SUPREME COURT, STATE OF NEW YORK
APPELLATE DIVISION SECOND DEPT
JAMES EDWARD PELZER, Clerk of the Appellate Division of the Supreme Court, Second Judicial Department, do hereby certify that I have compared this copy with the original filed in my office on 10/15/04 and that this copy is a correct transcription of said original.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed seal of this Court on 10/15/04

October 15, 2004

MATTER OF NAPOLITANO, JOHN J.